THE TAYLOR PROVISION COMPANY v. ADAMS EXPRESS
COMPANY.

Submitted July 12, 1904—Decided November 14, 1904.

After the general counsel of a company has announced to the attorney
of the plaintiff that a certain agent was authorized to accept
service of a summons and service is thereafter made upon such
agent, it is too late for the company to question the sufficiency
of the service.

This is a writ of *certiorari* bringing up an order entered in
the Mercer county Circuit Court, similar to the one in the
case of Saunders *v.* Adams Express Company.

Before Justices FORT and REED.

For the prosecutor, *McCarter, Williamson & McCarter.*

For the defendant, *Vroom, Dickinson & Scammell.*

PER CURIAM.

The service in this case was made upon Cawley, the Tren-
ton agent of the company. Cawley was sworn, and said that
he was the local agent at Trenton. It does not appear what
the transaction was out of which the suit springs, as the
plaintiff declared, upon the common counts alone. Mr.
Murphy, the superintendent of the Atlantic division of the
Adams Express Company, in his deposition, said that Thomas
De Witt Cuyler was the counsel of the company, and that
he had designated him as general counsel, and perhaps he
was. He also identified Mr. Cuyler's signature to a letter
written by Mr. Cuyler in reply to a letter from Mr. Scammell,
the attorney of the plaintiff. In that letter Mr. Cuyler in-
formed Mr. Scammell that Cawley, the agent at Trenton, was
authorized to accept service of a summons. There was no
denial that Mr. Cuyler had general supervision of the litiga-

tion of the company. If so, then, after he had announced to the plaintiff that a certain agent was authorized to accept service of a summons, and service was thereafter made upon such agent, it was too late for the company to question the sufficiency of the service.

The order below is affirmed.